**MODERN FOOD PROCESS CO., Inc., and Charles H. Voght, Appellants, v. CHESTER PACKING & PROVISION CO., Inc., Appellee.**

No. 7624.

Circuit Court of Appeals, Third Circuit.

April 29, 1941.

James A. Hoffman, of Washington, D. C. (Strauch & Hoffman, and J. Matthews Neale, all of Washington, D. C., and Saul, Ewing, Remick & Saul, of Philadelphia, Pa., on the brief), for appellants.

Frank H. Borden, of Philadelphia, Pa. (Robert M. Barr, Frank B. Fox, and Barr, Borden & Fox, all of Philadelphia, Pa., on the brief), for appellee.

Before BIGGS, CLARK, and GOODRICH, Circuit Judges.

PER CURIAM.

Affirmed upon the opinion of Judge Kirkpatrick, D.C., 35 F.Supp. 751.